Naquan Powers
Reg #: 92270-509
FEDERAL PRISON CAMP
P.O. Box 700
YANKTON, SD 57078

RECEIVED
MAR 19 2024
BY MAIL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | Case no: 4:22-CR-00139 |
|---|---|
| vs | Motion For New Sentencing Based upon Ineffective Assistance of Counsel |
| NAQUAN POWERS | |

## MOTION

Naquan Powers, the Defendant, respectfully moves this Honorable Court for New Sentencing Based upon Ineffective Assistance of Counsel.

## ARGUMENT

My attorney's failure to conduct a thorough pre-trial investigation. When my pre-trial release was v. stated the probation officer lied in the report and said she seen and a the video of me escaping from the police. When asked on record at the hearing she stated she haven't seen or had the video. The officer on the stand stated my car was black. My attorney had a picture of the car in court and never said anything. My car was not black it was purple. The officer was visually impaired he wore glasses.

I would reach out to my attorney months at a time and he'd never answer. His lack of effective communication with me made me file my own motions and miss objectives.

Failure to challenge improperly admitted evidence. Some of the things in my relevant conduct was not true. I couldn't plead not guilty to it or challenge it because I accepted responsibility for my main charge which could of got me a lesser sentence.

Lack of familiarity with relevant case law. He presented nothing that was similar to my case that could of helped me get lesser time. I don't know if I got so much time for the money or the victims. There are cases where people took millions and got less time then me. Cases with 10-20 counts of Aggravated Identity theft ran concurrent. If I had some comparisons I maybe would of got less time.

Failure to pursue viable legal defense. At my sentence I was told something completely different.

Ineffective negotiation of plea deal. I never knew I had an open plea deal. My attorney showed me 76 months.

Inadequate representation during sentencing. He didn't argue for lesser time or even help me understand what happened.

My lack of knowledge of relevant legal principles.

~~[crossed out]~~

Failure to adequately advise me on my legal options. Ineffective assistance during post-conviction proceedings. Failure to keep me informed about the case. Incompetent handlings of my appeal. I never knew I had 30 days to appeal.

Respectfully,

By: *Naquan Powers*
NAQUAN POWERS